

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Timothy Dewayne Hines,

Vs. No. 11-18-00300-CR

The State of Texas,

\* From the 238th District Court
of Midland County,
Trial Court No. CR51322.

\* December 13, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.